IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

AKIN ANACOGLU,

     Appellant,

v.                                                                Case No.  5D21-2250
                                                                   LT Case No. 2014-CF-1329-A-O

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed September 6, 2022

3.853 Appeal from the Circuit Court
for Orange County,
Patricia Strowbridge, Judge.

Akin Anacoglu, Sneads, pro se.

Ashley Moody, Attorney General, Tallahassee,
and Whitney Brown Hartless, Assistant Attorney
General, Daytona Beach, for Appellee.

PER CURIAM.

     AFFIRMED.


TRAVER, NARDELLA and WOZNIAK, JJ., concur.